FILED
Jul 12, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-MJ-00045-EPG |
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT |
| DAVID GARCIA, | |
| Defendant. | |

The United States applied to this Court for the complaint in this case to remain under seal to prevent the destruction of evidence and flight of the target of the investigation. The target of this investigation is in custody and the need for sealing with respect to the complaint having therefore ceased;

IT IS ORDERED that the complaint filed in the above-entitled matter shall be unsealed.

Dated: **Jul 12, 2021**

HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

1